UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ULYSSES WARE                                                                                    No. 22-CV-03409-ER

                 Petitioner,

    -against-

UNITED STATES OF AMERICA, et al.

                 Respondent.
------------------------------------------------------x

## ORDER

The Court has received and reviewed Petitioner's letters, dated June 7, 2022, and June 13, 2022. (Docket entry nos. 52 and 56.) To the extent Petitioner seeks action based on his allegations of judicial misconduct, Petitioner's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102). To the extent Petitioner is requesting that the undersigned make or alter any rulings in the above case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

      SO ORDERED.

Dated: New York, New York
       June 16, 2022

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge